United States Courts
Southern District of Texas
FILED

OCT 08 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL NUMBER **V - 25 - 89** |
| DIEGO CHITIC-TINO | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about September 11, 2025, in the Victoria Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

DIEGO CHITIC-TINO,

did forcibly and intentionally, assault, resist, oppose, impede, intimidate, and interfere with United States Department of Homeland Security, Homeland Security Investigations Special Agent A.P., a person designated in Title 18, United States Code, Section 1114, while said person was engaged in and on account of the performance of his official duties, and said acts involving physical contact with United States Department of Homeland Security, Homeland Security Investigations Special Agent A.P., to wit: in an attempt flee did to forcibly push Homeland Security Investigations Special Agent A.P.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By:  _Patti Hubert Booth_
PATTI HUBERT BOOTH
Assistant United States Attorney