| | |
|---|---|
| U.S. Department of Justice<br>Washington, D.C. | Criminal Docket<br>Presented in Corpus Christi |

Victoria Division

Magistrate No.:  6:25-MJ-78M

File:  INDICTMENT

Filed: October 8, 2025

County: Victoria

Case View:   2025R13458

CR. No.: **V-25- 89**

Judge: **David S. Morales**

Attorneys:

United States of America

v.

DIEGO CHITIC-TINO

NICHOLAS J. GANJEI, U.S. ATTORNEY
PATTI HUBERT BOOTH, ASST. U.S. ATTORNEY
GRAND JURY ACTION           APP'D   RET
PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

Charge(s):  Ct. 1: Did knowingly and forcibly with physical contact, assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States while the said officer was engaged in official duties: 18 USC 111(a)(1).

Penalty:  Ct. 1: Not more than 8 years imprisonment, or a fine not more than $250,000, or both; not more than 3 years SRT; and a $100 Special Assessment.

In Jail:   XXX

On Bond:  _____

No Arrest:  _____